No. 09-10127. Anthony Clifford Gates, aka Deion Burke, Petitioner v. Michigan.

560 U.S. 945, 130 S. Ct. 3363, 176 L. Ed. 2d 1256, 2010 U.S. LEXIS 4384.

June 1, 2010. Petition for writ of certiorari to the Court of Appeals of Michigan denied.

No. 09-10131. Archie L. Thomas, Jr., Petitioner v. Jeff White, Warden.

560 U.S. 945, 130 S. Ct. 3363, 176 L. Ed. 2d 1256, 2010 U.S. LEXIS 4482.

June 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 362 Fed. Appx. 452.

No. 09-10161. David L. Hering, Petitioner v. Iowa State Patrol, et al.

560 U.S. 945, 130 S. Ct. 3363, 176 L. Ed. 2d 1256, 2010 U.S. LEXIS 4538.

June 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 331 Fed. Appx. 427.

No. 09-10177. Walter Duane White, Petitioner v. Harrel Watts.

560 U.S. 945, 130 S. Ct. 3363, 176 L. Ed. 2d 1256, 2010 U.S. LEXIS 4540.

June 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

No. 09-10181. Alphonso Scott, Petitioner v. Eric K. Shinseki, Secretary of Veterans Affairs.

560 U.S. 945, 130 S. Ct. 3363, 176 L. Ed. 2d 1256, 2010 U.S. LEXIS 4514.

June 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Federal Circuit denied.

Same case below, 355 Fed. Appx. 426.

No. 09-10188. Erick F. Vela, Petitioner v. Nebraska.

560 U.S. 945, 130 S. Ct. 3364, 176 L. Ed. 2d 1256, 2010 U.S. LEXIS 4548.

June 1, 2010. Petition for writ of certiorari to the Supreme Court of Nebraska denied.

Same case below, 279 Neb. 94, 777 N.W.2d 266.

No. 09-10204. Jose Nieves, Petitioner v. California.

560 U.S. 945, 130 S. Ct. 3364, 176 L. Ed. 2d 1256, 2010 U.S. LEXIS 4480.

June 1, 2010. Petition for writ of certiorari to the Court of Appeal of California, Fifth Appellate District, denied.

No. 09-10221. Steven W. Mitchell, Petitioner v. Michael J. Murphy, Warden.

560 U.S. 945, 130 S. Ct. 3364, 176 L. Ed. 2d 1256, 2010 U.S. LEXIS 4535.

June 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 359 Fed. Appx. 22.